# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Perforadora Oro Negro, S. de R.L. de C.V.　　　　　　　　　　　　　　Bankruptcy Case No.:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　18−11094−scc

Gonzalo Gil−White PERSONALLY AND IN HIS CAPACITY AS FOREIGN
REPRESENTATIVE OF PERFORADORA ORO NEGRO, S. DE R.L. DE C.V. AND
INTEGRADORA DE SERVICIOS PETROLEROS ORO NEGRO, S.A.P.I. DE C.V.

　　　　　　　　　　　　　　　　　　Plaintiff(s),

−against−　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Adversary Proceeding
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　No. 19−01294−scc

Alp Ercil
Alterna Capital Partners, LLC
AMA Capital Partners, LLC
Andres Constantin Antonius−Gonzlez
Asia Research And Capital Management Ltd.
CQS (Uk) LLP
Fintech Advisory, Inc.
Deutsche Bank Mexico, S.A.
Institucion De Banca Multiple
Garcia Gonzalez Y Barradas Abogados, S.C.
GHL Investments (Europe) Ltd.
John Fredriksen
Kristan Bodden
Maritime Finance Company Ltd.
Noel Blair Hunter Cochrane, Jr
Oro Negro Primus Pte., Ltd.
Oro Negro Laurus Pte., Ltd.
Oro Negro Fortius Pte., Ltd.
Oro Negro Decus Pte., Ltd.
Oro Negro Impetus Pte., Ltd.
Paul Matison Leand, Jr.
Roger Alan Bartlett
Roger Arnold Hancock
Seadrill Limited
Ship Finance International Ltd.
Does 1−100

　　　　　　　　　　　　　　　　　　Defendant(s)

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days, to:

**Address of Clerk:**

　　　　　　　　　　　**Clerk of the Court**
　　　　　　　　　　　**United States Bankruptcy Court**
　　　　　　　　　　　**Southern District of New York**
　　　　　　　　　　　**One Bowling Green**
　　　　　　　　　　　**New York, NY 10004−1408**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney:**

　　　　　　　　　　　**Gabriel Fernando Soledad**
　　　　　　　　　　　**Quinn Emanuel Urquhart & Sullivan LLP**
　　　　　　　　　　　**1300 I Street NW**
　　　　　　　　　　　**Suite 900**

**Washington, DC 20005**

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004–1408 | Room: Courtroom 623 (SCC), One Bowling Green, New York, NY 10004–1408<br><br>Date and Time: 7/30/19 at 11:00 AM |
|---|---|

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: 6/7/19

Vito Genna

*Clerk of the Court*

By: /s/ Carmen Ortiz

*Deputy Clerk*