**quinn emanuel** trial lawyers | washington, dc

1300 I Street NW, Suite 900, Washington, District of Columbia 20005-3314 | TEL (202) 538-8000 FAX (202) 538-8100

WRITER'S DIRECT DIAL NO.
**(202) 538-8180**

WRITER'S EMAIL ADDRESS
**gabrielsoledad@quinnemanuel.com**

July 1, 2019

**VIA HAND DELIVERY**

Vito Genna
Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re: Service Request for Service of Complaint in *Gil-White v. Ercil*, et al., Adv. Proc. No. 19-01294-scc (*In re Perforadora Oro Negro, S. de R.L. de C.V.*, No. 18-11094 (scc) (Jointly Administered))

Dear Mr. Genna:

I am writing to request your assistance in the service of a foreign defendant pursuant to Rule 4(f)(1) of the Federal Rules of Civil Procedure, made applicable by Rule 7004 of the Federal Rules of Bankruptcy Procedure, and the Hague Convention of November 15, 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Service Convention").

Enclosed are copies of the Summons and Complaint, which are to be transmitted to Defendant John Fredriksen at 15 Sloane Square, London, SW1W 8ER, United Kingdom by the Clerk of the Court pursuant to Rule 4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure and Article 10(a) of the Hague Service Convention. I have also enclosed a Summary of the Document to Be Served under the Hague Service Convention, along with the necessary postage.

Thank you for your attention to this matter. Please do not hesitate to contact me with questions and concerns.

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART

2

Respectfully Submitted,

Gabriel F. Soledad