UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X     CERTIFICATION OF
In Re:  Perforadora Oro Negro, S. de R.L. de C.V.                 FOREIGN MAILING

                                                     Case No. 18-11094-scc

------------------------------------------------------------X
Plaintiff,

Gonzalo Gil-White, PERSONALLY AND IN HIS
CAPACITY AS FOREIGN REPRESENTATIVE OF
PERFORADORA ORO NEGRO, S. DE R.L. DE C.V.
AND INTEGRADORA DE SERVICIOS PETROLEROS
ORO NEGRO, S.A.P.I. DE C.V.
                                                     Adversary Proceeding
v.                                                     Case No. 19-01294-scc

Defendant,

Alp Ercil
Alterna Capital Partners, LLC
AMA Capital Partners, LLC
Andres Constantin Antonius−Gonzlez
Asia Research And Capital Management Ltd. CQS (Uk) LLP
Fintech Advisory, Inc.
Deutsche Bank Mexico, S.A.
Institucion De Banca Multiple
Garcia Gonzalez Y Barradas Abogados, S.C. GHL Investments (Europe) Ltd.
John Fredriksen
Kristan Bodden
Maritime Finance Company Ltd.
Noel Blair Hunter Cochrane, Jr
Oro Negro Primus Pte., Ltd.
Oro Negro Laurus Pte., Ltd.
Oro Negro Fortius Pte., Ltd.
Oro Negro Decus Pte., Ltd.
Oro Negro Impetus Pte., Ltd.
Paul Matison Leand, Jr.
Roger Alan Bartlett
Roger Arnold Hancock
Seadrill Limited

Ship Finance International Ltd.
Does 1−100
-------------------------------------------------------------X


        I, VITO GENNA, CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, DO HEREBY CERTIFY THAT ON THE __12TH__ DAY OF __JULY__ 2019.  THE SUMMONS AND COMPLAINT WAS SERVED BY FEDEX EXPRESS MAIL,  A COPY OF EACH THEROF, SECURELY ENCLOSED IN AN ENVELOPE ADDRESSED TO:

   JOHN FREDRIKSEN
   EUROP CAPITAL
   15 SLOANE SQUARE
   LONDON LO SW1W 8ER


                                    S/VITO GENNA
                             CLERK OF THE BANKRUPTCY COURT


                    By:___S/DEIRDRA CANTRELL_____
                              DEPUTY CLERK

DATED:   NEW YORK, NEW YORK
          JULY 12, 2019