**Conference Date and Time:  August 13, 2019 at 2:00pm**

Juan P. Morillo (*pro hac vice*)
Gabriel F. Soledad
Daniel Pulecio-Boek
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Telephone:  (202) 538-8000
Facsimile:  (202) 538-8100
Email:  juanmorillo@quinnemanuel.com
Email:  gabrielsoledad@quinnemanuel.com
Email:  danielpulecioboek@quinnemanuel.com

Scott C. Shelley
Samantha Gillespie (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100
Email:  scottshelley@quinnemanuel.com
Email:  samanthagillespie@quinnemanuel.com

Eric Winston (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100
Email:  ericwinston@quinnemanuel.com

Sara C. Clark (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
711 Rusk Street, Suite 500
Houston, Texas 77002
Telephone:  (713) 221-7000
Facsimile:  (713) 221-7100
Email:  saraclark@quinnemanuel.com

*Counsel for the Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PERFORADORA ORO NEGRO,<br>S. DE R.L. DE C.V., *et al.*<br><br>Debtors in a Foreign Proceeding. | BK Case No. 18-11094 (SCC)<br>(Jointly Administered) (Chapter 15) |
| GONZALO GIL-WHITE, PERSONALLY AND IN HIS CAPACITY AS FOREIGN REPRESENTATIVE OF PERFORADORA ORO NEGRO, S. DE R.L. DE C.V. AND INTEGRADORA DE SERVICIOS PETROLEROS ORO NEGRO, S.A.P.I. DE C.V.<br>                    Plaintiff,<br>     -against-<br><br>ALP ERCIL; ALTERNA CAPITAL PARTNERS, LLC; AMA CAPITAL | Adversary Case No. 19-01294 (SCC) |

**Conference Date and Time: August 13, 2019 at 2:00pm**

| |
|---|
| PARTNERS, LLC; ANDRES CONSTANTIN ANTONIUS-GONZÁLEZ; ASIA RESEARCH AND CAPITAL MANAGEMENT LTD.; CQS (UK) LLP; FINTECH ADVISORY, INC.; DEUTSCHE BANK MÉXICO, S.A.; INSTITUCIÓN DE BANCA MÚLTIPLE; GARCÍA GONZÁLEZ Y BARRADAS ABOGADOS, S.C.; GHL INVESTMENTS (EUROPE) LTD.; JOHN FREDRIKSEN; KRISTAN BODDEN; MARITIME FINANCE COMPANY LTD.; NOEL BLAIR HUNTER COCHRANE, JR; ORO NEGRO PRIMUS PTE., LTD.; ORO NEGRO LAURUS PTE., LTD.; ORO NEGRO FORTIUS PTE., LTD.; ORO NEGRO DECUS PTE., LTD.; ORO NEGRO IMPETUS PTE., LTD.; PAUL MATISON LEAND, JR.; ROGER ALAN BARTLETT; ROGER ARNOLD HANCOCK; SEADRILL LIMITED; SHIP FINANCE INTERNATIONAL LTD.; and DOES 1-100 <br>                                    Defendants. |

## NOTICE OF PRE-TRIAL CONFERENCE

**PLEASE TAKE NOTICE** that a pre-trial conference (the "Conference") on the proceeding commenced by the Complaint filed in the above-captioned matter will be held on **August 13, 2019, at 2:00 p.m. (prevailing Eastern Time)** before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 623, One Bowling Green, New York, New York 10004.

**Conference Date and Time:  August 13, 2019 at 2:00pm**

| | |
|---|---|
| Dated: August 2, 2019<br>New York, New York | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br><br>  /s/   Gabriel F. Soledad<br>Gabriel F. Soledad<br>Juan P. Morillo (*pro hac vice*)<br>Daniel Pulecio-Boek<br>1300 I Street, NW, Suite 900<br>Washington, D.C. 20005<br>Telephone:  (202) 538-8000<br>Facsimile:  (202) 538-8100<br>Email:  gabrielsoledad@quinnemanuel.com<br>Email:  juanmorillo@quinnemanuel.com<br>Email:  danielpulecioboek@quinnemanuel.com<br><br>Scott C. Shelley<br>Samantha Gillespie (*pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone:  212-849-7000<br>Facsimile:  212-849-7100<br>Email: scottshelley@quinnemanuel.com<br>Email: samanthagillespie@quinnemanuel.com<br><br>Eric Winston (*pro hac vice*)<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone:  (213) 443-3000<br>Facsimile:  (213) 443-3100<br>Email:  ericwinston@quinnemanuel.com<br><br>Sara C. Clark (*pro hac vice*)<br>711 Rusk Street, Suite 500<br>Houston, Texas 77002<br>Telephone:  (713) 221-7000<br>Facsimile:  (713) 221-7100<br>Email:  saraclark@quinnemanuel.com<br><br>*Counsel for the Plaintiffs* |

**Conference Date and Time: August 13, 2019 at 2:00pm**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 2, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all "**Accepting Defendants**" as defined in Dkt. #8[1] and Notice was Provided via FedEx and email service to the following entities/parties:

Andres Constantin Antonius-Gonzalez
405 East 56th Street Apt. 14G
New York, New York 10022
aantonius@plan-b.com.mx

Deutsche Bank Mexico, S.A.
House Address Pedregal 24
Colonia Molino del Rey
Piso 20
Mexico City, DF 11040 Mexico
gerardo.sainz@db.com
gabriel.arroyo@db.com
juan.oberhauser@db.com
isabel.ocana@db.com

Garcia Gonzalez Y Barradas Abogados, S.C.
Prado Norte No. 135
3° Piso, Lomas de Chapultepec I Secció, Miguel Hidalgo
México, CIUDAD DE MEXICO, 11000 Mexico
robertogarcia@ggyb.mx
guillermobarradas@ggyb.mx

John Fredriksen
15 Sloane Square
London SW1W 8ER
United Kingdom

                                            /s/Sara Clark
                                            Sara Clark

---

[1] The Accepting Defendants are Alp Ercil; Alterna Capital Partners, LLC; AMA Capital Partners, LLC; Asia Research and Capital Management Ltd.; CQS (UK) LLP; Fintech Advisory, Inc.; GHL Investments (Europe) Ltd.; Kristan Bodden; Maritime Finance Company Ltd.; Noel Blair Hunter Cochrane, Jr; Oro Negro Primus Pte., Ltd.; Oro Negro Laurus Pte., Ltd.; Oro Negro Fortius Pte., Ltd.; Oro Negro Decus Pte., Ltd.; Oro Negro Impetus Pte., Ltd.; Paul Matison Leand, Jr.; Roger Alan Bartlett; Roger Arnold Hancock; Seadrill Limited; and Ship Finance International Ltd.