**HEARING TIME AND DATE: (TBD)**
**OBJECTION DEADLINE: October 25, 2019**
**REPLY DEADLINE: November 15, 2019**

**WILK AUSLANDER LLP**
1515 Broadway, 43rd Floor
New York, New York 10036
Telephone: (212) 981-2300
Jay S. Auslander
Eric J. Snyder
Natalie Shkolnik
Julie Cilia
Eloy A. Peral
Robert C. Reiland

*Counsel for Seadrill Limited and Fintech Advisory Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| PERFORADORA ORO NEGRO, S. DE R.L. DE C.V., *et al*. | Case No. 18-11094 (SCC) (Jointly Administered) |
| Debtors in a Foreign Proceeding. | |
| GONZALO GIL-WHITE, PERSONALLY AND IN HIS CAPACITY AS FOREIGN REPRESENTATIVE OF PERFORADORA ORO NEGRO, S. DE R.L. DE C.V. AND INTEGRADORA DE SERVICIOS PETROLEROS ORO NEGRO, S.A.P.I. DE C.V. | Adv. Pro. No. 19-01294 |
| Plaintiff, | |
| -against- | |
| ALP ERCIL; ALTERNA CAPITAL PARTNERS, LLC; AMA CAPITAL PARTNERS, LLC; ANDRES CONSTANTIN ANTONIUS-GONZÁLEZ; ASIA RESEARCH AND CAPITAL MANAGEMENT LTD.; CQS | |

(UK) LLP; FINTECH ADVISORY, INC.;
DEUTSCHE BANK MÉXICO, S.A.,
INSTITUCIÓN DE BANCA MÚLTIPLE;
GARCÍA GONZÁLEZ Y BARRADAS
ABOGADOS, S.C.; GHL INVESTMENTS
(EUROPE) LTD.; JOHN FREDRIKSEN;
KRISTAN BODDEN; MARITIME
FINANCE COMPANY LTD.; NOEL BLAIR
HUNTER COCHRANE, JR; ORO NEGRO
PRIMUS PTE., LTD.; ORO NEGRO
LAURUS PTE., LTD.; ORO NEGRO
FORTIUS PTE., LTD.; ORO NEGRO
DECUS PTE., LTD.; ORO NEGRO
IMPETUS PTE., LTD.; PAUL MATISON
LEAND, JR.; ROGER ALAN BARTLETT;
ROGER ARNOLD HANCOCK; SEADRILL
LIMITED; SHIP FINANCE
INTERNATIONAL LTD.; and DOES 1-100

          Defendants.

## NOTICE OF HEARING TO CONSIDER MOTION OF
## SEADRILL LIMITED AND FINTECH ADVISORY INC.
## TO DISMISS COMPLAINT FILED BY DEBTORS

**PLEASE TAKE NOTICE** that on August 26, 2019, Seadrill Limited and Fintech Advisory Inc. (collectively, "Movants"), filed a motion (the "Motion to Dismiss") in the Bankruptcy Court, pursuant to Federal Rule of Civil Procedure 12(b), as it is incorporated into Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, to dismiss the Complaint filed in the above-captioned Adversary Proceeding [ECF ## 1,4 & 9] by Gonzalo Gil-White, Personally and in his Capacity as Foreign Representative of Perforadora Oro Negro, S. De R.L. De C.V. and Integradora De Servicios Petroleros Oro Negro, S.A.P.I. De C.V., the debtors herein (collectively, the "Debtors").

**PLEASE TAKE FURTHER NOTICE**, that, pursuant to a Stipulation between the Debtors, Movants and other defendants [ECF #8], Debtors shall file any opposition (the

01107591.1

"Objection") to the Motion to Dismiss on or before October 25, 2019 and Movants shall file any responses to the Objection on or before November 15, 2019. A hearing on the Motion to Dismiss will be held at a time and location to be determined by the Bankruptcy Court.

| | |
|---|---|
| Dated: New York, New York<br>August 26, 2019 | **WILK AUSLANDER LLP**<br><br>By: /s/ Julie Cilia<br>    Jay S. Auslander<br>    Eric J. Snyder<br>    Natalie Shkolnik<br>    Julie Cilia<br>    Eloy A. Peral<br>    Robert C. Reiland<br>1515 Broadway, 43rd Floor<br>New York, New York 10036<br>(212) 981-2300<br><br>*Counsel for Seadrill Limited and Fintech Advisory Inc.* |

01107591.1