# Exhibit 1: Pertinent Mexican Law

**Código Civil Federal**

*Artículo 1830.- Es ilícito el hecho que es contrario a las leyes de orden público o a las buenas costumbres.*

**Article 1830** - An act that is contrary to good customs and laws pertaining public order is illegal.

*Artículo 1910.- El que obrando ilícitamente o contra las buenas costumbres cause daño a otro, está obligado a repararlo, a menos que demuestre que el daño se produjo como consecuencia de culpa o negligencia inexcusable de la víctima.*

**Article 1910** - Any person acting illegally or against good customs, causing damage to another, is obliged to provide relief, unless said person demonstrates that the damage occurred is a result of fault or inexcusable negligence of the victim.

2

*Artículo 2108.- Se entiende por daño la pérdida o menoscabo sufrido en el patrimonio por la falta de cumplimiento de una obligación.*

**Article 2108** – A damage is understood as the loss or impairment suffered in the patrimony by a breach of a duty.

*Artículo 2109.- Se reputa perjuicio la privación de cualquiera ganancia lícita, que debiera haberse obtenido con el cumplimiento de la obligación.*

**Article 2109** - A consequential damage is the deprivation of any lawful gain which should have been obtained with the compliance of an obligation.

*Artículo 2110.- Los daños y perjuicios deben ser consecuencia inmediata y directa de la falta de cumplimiento de la obligación, ya sea que se hayan causado o que necesariamente deban causarse.*

**Article 2110** – Damages and consequential damages must be an immediate and direct consequence of a breach of a duty, whether they were caused or should be necessarily caused.

5

# Certificate of Accuracy

This is to certify that the attached translation, from **Spanish** to **English**, is an accurate translation of the document:

**Federal Civil Code articles Spanish**

I, **Isis Gabriela Solorzano**, declare under penalty of perjury that I understand the **Spanish** language and the **English** language and that, to the best of my knowledge and belief, the statements in the **English** language in the attached translation have the same meanings as the **Spanish** statements in the language in the original document, a copy of which I have examined.

Signature: _____

This document was acknowledged before me on the **21st** day of **August**, 20**19**.

_____
Notary Public

Elyxedy Fernandez
Notary Public, State of New York
Commission No. : 01FE6353937
Qualified in Bronx County
Commission Expires: 02/26/2021