**Hearing Date and Time: To be determined.**
**Response Deadline: October 25, 2019**
**Reply Deadline: November 15, 2019**

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Tel: 212-373-3000
Fax: 212-757-3990
Andrew N. Rosenberg
Aidan Synnott
William A. Clareman

*Counsel for the Foreign Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| PERFORADORA ORO NEGRO, S. DE R.L. DE C.V., *et al*. | Case No. 18-11094 (SCC) (Jointly Administered) |
| Debtors in a Foreign Proceeding. | |
| GONZALO GIL-WHITE, PERSONALLY AND IN HIS CAPACITY AS FOREIGN REPRESENTATIVE of PERFORADORA ORO NEGRO, S. DE R.L. DE C.V. AND INTEGRADORA DE SERVICIOS PETROLEROS ORO NEGRO, S.A.P.I. DE C.V. | Adv. Pro. No. 19-1294(SCC) |
| Plaintiff, | |
| -against- | |
| ALP ERCIL; ALTERNA CAPITAL PARTNERS, LLC; AMA CAPITAL PARTNERS, LLC; ANDRES CONSTANTIN ANTONIUS-GONZÁLEZ; ASIA RESEARCH AND CAPITAL MANAGEMENT LTD.; CQS (UK) LLP; FINTECH ADVISORY, INC.; DEUTSCHE BANK MEXICO, S.A., INSTITUCIÓN DE BANCA MÚLTIPLE; GARCÍA GONZÁLEZ Y BARRADAS ABOGADOS, S.C.; GHL INVESTMENTS (EUROPE) LTD.; JOHN FREDRIKSEN; KRISTAN BODDEN; MARITIME FINANCE COMPANY LTD.; NOEL BLAIR HUNTER COCHRANE, JR; ORO NEGRO PRIMUS | |

|  |
|---|
| PTE., LTD.; ORO NEGRO LAURUS PTE., LTD.; ORO NEGRO FORTIUS PTE., LTD.; ORO NEGRO DECUS PTE., LTD.; ORO NEGRO IMPETUS PTE., LTD.; PAUL MATISON LEAND, JR.; ROGER ALAN BARTLETT; ROGER ARNOLD HANCOCK; SEADRILL LIMITED; SHIP FINANCE INTERNATIONAL LTD.; and DOES 1-100 |
| Defendants. |

## NOTICE AND MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION

PLEASE TAKE NOTICE THAT, upon the accompanying Foreign Defendants' Memorandum of Law in Support of Their Motion to Dismiss for Lack of Personal Jurisdiction, and all pleadings and proceedings heretofore had before this Court, Defendants Asia Research and Capital Management Ltd., Alp Ercil, CQS (UK) Ltd., GHL Investments (Europe) Ltd., and Ship Finance International Ltd., (collectively, the "Foreign Defendants"), by its undersigned counsel, will move before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in Courtroom 623 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York, 10004, at a date and time to be determined by the Court, pursuant to Federal Rules of Civil Procedure 12(b)(2), for the entry of an Order (i) dismissing the Complaint in its entirety as against the Foreign Defendants, and (ii) granting such other and further relief as this Court may deem just and proper. (Hereinafter, the "Motion.")

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must be in writing, must conform to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Rules of the Bankruptcy Court for the Southern District of New York, must set forth the name of the objecting party, the basis for the objection and the specific grounds therefore, and must be filed with the Bankruptcy Court, by no later than **October 25, 2019**, and any objection must further be served upon (i) Paul, Weiss, Rifkind, Wharton & Garrison LLP,

1285 Avenue of the Americas, New York, New York 10019, Attn: Andrew N. Rosenberg, Esq., Aidan Synnott, Esq., William A. Clareman, Esq., and Claudia Tobler, Esq., attorneys for Ad Hoc Defendants; (ii) Quinn Emanuel Urquhart & Sullivan, LLP, 1300 I Street NW, Washington, D.C., Attn: Juan P. Morillo, Esq., attorney for Plaintiffs; and (iii) those parties who have filed a notice of appearance in the above referenced adversary proceeding.

PLEASE TAKE FURTHER NOTICE, that a hearing will be held with respect to the Motion on a date and at a time to be determined by the Court.

Dated: August 26, 2019
New York, New York

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP

*/s/ William A. Clareman*
Andrew N. Rosenberg
Aidan Synnott
William A. Clareman
Claudia Tobler
Daniel A. Crane
Christopher Hopkins
Crystal Johnson

1285 Avenue of the Americas
New York, New York  10019
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
arosenberg@paulweiss.com
asynott@paulweiss.com
wclareman@paulweiss.com
ctobler@paulweiss.com
dcrane@paulweiss.com
chopkins@paulweiss.com
cjohnson@paulweiss.com

*Counsel for the Foreign Defendants*

3