# Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PERFORADORA ORO NEGRO, S. DE R.L. DE C.V., *et al*.<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 18-11094 (SCC)<br>(Jointly Administered) |
| GONZALO GIL-WHITE, PERSONALLY AND IN HIS CAPACITY AS FOREIGN REPRESENTATIVE of PERFORADORA ORO NEGRO, S. DE R.L. DE C.V. AND INTEGRADORA DE SERVICIOS PETROLEROS ORO NEGRO, S.A.P.I. DE C.V.<br><br><center>Plaintiff,</center><br><center>-against-</center><br><br>ALP ERCIL; ALTERNA CAPITAL PARTNERS, LLC; AMA CAPITAL PARTNERS, LLC; ANDRES CONSTANTIN ANTONIUS-GONZÁLEZ; ASIA RESEARCH AND CAPITAL MANAGEMENT LTD.; CQS (UK) LLP; FINTECH ADVISORY, INC.; DEUTSCHE BANK MEXICO, S.A., INSTITUCIÓN DE BANCA MÚLTIPLE; GARCÍA GONZÁLEZ Y BARRADAS ABOGADOS, S.C.; GHL INVESTMENTS (EUROPE) LTD.; JOHN FREDRIKSEN; KRISTAN BODDEN; MARITIME FINANCE COMPANY LTD.; NOEL BLAIR HUNTER COCHRANE, JR; ORO NEGRO PRIMUS PTE., LTD.; ORO NEGRO LAURUS PTE., LTD.; ORO NEGRO FORTIUS PTE., LTD.; ORO NEGRO DECUS PTE., LTD.; ORO NEGRO IMPETUS PTE., LTD.; PAUL MATISON LEAND, JR.; ROGER ALAN BARTLETT; ROGER ARNOLD HANCOCK; SEADRILL LIMITED; SHIP FINANCE INTERNATIONAL LTD.; and DOES 1-100<br><br><center>Defendants.</center> | Adv. Pro. No. 19-1294(SCC) |

<center>**[PROPOSED] ORDER GRANTING THE FOREIGN DEFENDANTS MOTION**
**TO DISMISS THE COMPLAINT FOR LACK OF PERSONAL JURISDICTION**</center>

Upon consideration of the Motion to Dismiss the Complaint for Lack of Personal

Jurisdiction (the "Motion") of Asia Research and Capital Management Ltd., Alp Ercil, CQS

(UK) LLP, GHL Investments (Europe) Ltd., and Ship Finance International, Ltd. (collectively,

the "Foreign Defendants") and all other papers filed by the parties in support of and in opposition

to Foreign Defendants' Motion,

IT IS HEREBY ORDERED that Foreign Defendants' Motion to Dismiss

Plaintiffs' Complaint in this action is GRANTED.


Dated: _____          _____
New York, New York                THE HONORABLE SHELLEY C. CHAPMAN
                                   UNITED STATES BANKRUPTCY JUDGE