**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| PERFORADORA ORO NEGRO, S. DE R.L. DE C.V., *et al*. | Case No. 18-11094 (SCC) (Jointly Administered) |
| Debtors in a Foreign Proceeding. | |
| GONZALO GIL-WHITE, PERSONALLY AND IN HIS CAPACITY AS FOREIGN REPRESENTATIVE of PERFORADORA ORO NEGRO, S. DE R.L. DE C.V. AND INTEGRADORA DE SERVICIOS PETROLEROS ORO NEGRO, S.A.P.I. DE C.V. | Adv. Pro. No. 19-1294(SCC) |
| Plaintiff, | |
| -against- | |
| ALP ERCIL; ALTERNA CAPITAL PARTNERS, LLC; AMA CAPITAL PARTNERS, LLC; ANDRES CONSTANTIN ANTONIUS-GONZÁLEZ; ASIA RESEARCH AND CAPITAL MANAGEMENT LTD.; CQS (UK) LLP; FINTECH ADVISORY, INC.; DEUTSCHE BANK MEXICO, S.A., INSTITUCIÓN DE BANCA MÚLTIPLE; GARCÍA GONZÁLEZ Y BARRADAS ABOGADOS, S.C.; GHL INVESTMENTS (EUROPE) LTD.; JOHN FREDRIKSEN; KRISTAN BODDEN; MARITIME FINANCE COMPANY LTD.; NOEL BLAIR HUNTER COCHRANE, JR; ORO NEGRO PRIMUS PTE., LTD.; ORO NEGRO LAURUS PTE., LTD.; ORO NEGRO FORTIUS PTE., LTD.; ORO NEGRO DECUS PTE., LTD.; ORO NEGRO IMPETUS PTE., LTD.; PAUL MATISON LEAND, JR.; ROGER ALAN BARTLETT; ROGER ARNOLD HANCOCK; SEADRILL LIMITED; SHIP FINANCE INTERNATIONAL LTD.; and DOES 1-100 | |
| Defendants. | |

# CERTIFCATE OF SERVICE

I, William A. Clareman, hereby affirm, under penalty of perjury, that copies of the foregoing (1) Ad Hoc Defendants' Notice of Motion to Dismiss the Complaint, (2) Declaration of William Clareman and accompanying Exhibits; (3) Declaration of Rodrigo Zamora and accompanying Exhibits; and (4) the Foreign Defendants' Motion to Dismiss the Complaint for Lack of Personal Jurisdiction have been duly served this 26th day of August 2019 and were transmitted via the court's CM-ECF system upon the following:

> Juan P. Morillo
> Quinn Emanuel Urquhart & Sullivan LLP
> 1300 I Street NW
> Suite 900
> Washington, D.C. 20005
>
> *Counsel for the Plaintiffs*

Dated:   New York, New York
         August 26, 2019                              /s/ William A. Clareman
                                                      William A. Clareman, Esq.