**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PERFORADORA ORO NEGRO, S. DE R.L. DE C.V., *et al*,<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 18-11094 (SCC)<br>(Jointly Administered) |
| GONZALO GIL-WHITE, PERSONALLY AND IN HIS CAPACITY AS FOREIGN REPRESENTATIVE OF PERFORADORA ORO NEGRO, S. DE R.L. DE C.V. AND INTEGRADORA DE SERVICIOS PETROLEROS ORO NEGRO, S.A.P.I. DE C.V<br><br>Plaintiff,<br><br>-against-<br><br>ALP ERCIL; ALTERNA CAPITAL PARTNERS, LLC; AMA CAPITAL PARTNERS, LLC; ANDRES CONSTANTIN ANTONIUS-GONZÁLEZ; ASIA RESEARCH AND CAPITAL MANAGEMENT LTD.; CQS (UK) LLP; FINTECH ADVISORY, INC.; DEUTSCHE BANK MÉXICO, S.A., INSTITUCIÓN DE BANCA MÚLTIPLE; GARCÍA GONZÁLEZ Y BARRADAS ABOGADOS, S.C.; GHL INVESTMENTS (EUROPE) LTD.; JOHN FREDRIKSEN; KRISTAN BODDEN; MARITIME FINANCE COMPANY LTD.; NOEL BLAIR HUNTER COCHRANE, JR; ORO NEGRO PRIMUS PTE., LTD.; ORO NEGRO LAURUS PTE., LTD.; ORO NEGRO FORTIUS PTE., LTD.; ORO NEGRO DECUS PTE., LTD.; ORO | Adv. Pro. No. 19-01294 |

NEGRO IMPETUS PTE., LTD.; PAUL MATISON LEAND, JR.; ROGER ALAN BARTLETT; ROGER ARNOLD HANCOCK; SEADRILL LIMITED; SHIP FINANCE INTERNATIONAL LTD.; and DOES 1-100,

Defendants.

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Jay B. Kasner, a member of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP and of the Bar of this Court hereby enters his appearance in the above-captioned case (the "Adversary Proceeding") as counsel for John Fredriksen, and requests, pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), that copies of all notices, documents, papers and pleadings in the Adversary Proceeding be given and served upon:

> Jay B. Kasner
> SKADDEN, ARPS, SLATE,
>     MEAGHER & FLOM LLP
> Four Times Square
> New York, New York 10036
> Phone:(212) 735-3000
> Fax: (212) 735-2000
> Email: jay.kasner@skadden.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Bankruptcy Code section 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph,

19-01294-scc    Doc 38    Filed 09/17/19    Entered 09/17/19 15:16:58    Main Document
Pg 3 of 3

telex, facsimile transmission, e-mail or otherwise filed or made with respect to the Adversary Proceeding.

**PLEASE TAKE FURTHER NOTICE** that neither this request for notice and service nor any later appearance, pleading, claim, or suit is a waiver of any substantive or procedural right.  Nor shall this request be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

Dated:  September 17, 2019
New York, New York

/s/ Jay B. Kasner
Jay B. Kasner
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Phone:(212) 735-3000
Fax: (212) 735-2000
Email: jay.kasner@skadden.com

*Attorneys for Defendant John Fredriksen*