**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| PERFORADORA ORO NEGRO, S. DE R.L. DE C.V., *et al*. | Case No. 18-11094 (SCC) (Jointly Administered) |
| Debtors in a Foreign Proceeding. | |
| GONZALO GIL-WHITE, PERSONALLY AND IN HIS CAPACITY AS FOREIGN REPRESENTATIVE OF PERFORADORA ORO NEGRO, S. DE R.L. DE C.V. AND INTEGRADORA DE SERVICIOS PETROLEROS ORO NEGRO, S.A.P.I. DE C.V. | Adv. Pro. No. 19-01294 |
| Plaintiff, | |
| -against- | |
| ALP ERCIL; ALTERNA CAPITAL PARTNERS, LLC; AMA CAPITAL PARTNERS, LLC; ANDRES CONSTANTIN ANTONIUS-GONZÁLEZ; ASIA RESEARCH AND CAPITAL MANAGEMENT LTD.; CQS (UK) LLP; FINTECH ADVISORY, INC.; DEUTSCHE BANK MÉXICO, S.A., INSTITUCIÓN DE BANCA MÚLTIPLE; GARCÍA GONZÁLEZ Y BARRADAS ABOGADOS, S.C.; GHL INVESTMENTS (EUROPE) LTD.; JOHN FREDRIKSEN; KRISTAN BODDEN; MARITIME FINANCE COMPANY LTD.; NOEL BLAIR HUNTER COCHRANE, JR; ORO NEGRO PRIMUS PTE., LTD.; ORO NEGRO LAURUS PTE., LTD.; ORO NEGRO FORTIUS PTE., LTD.; ORO NEGRO DECUS PTE., LTD.; ORO NEGRO IMPETUS PTE., LTD.; PAUL MATISON | |

| |
|---|
| LEAND, JR.; ROGER ALAN BARTLETT; ROGER ARNOLD HANCOCK; SEADRILL LIMITED; SHIP FINANCE INTERNATIONAL LTD.; and DOES 1-100<br><br>                    Defendants. |

## STIPULATED SERVICE AND RESPONSE SCHEDULE ORDER

**WHEREAS**, the Plaintiffs, Fernando Perez Correa, in his capacity as Foreign Representative of both Integradora de Servicios Petroleros Oro Negro, S.A.P.I. de C.V. and Perforadora Oro Negro, S. de R.L. de. C.V. (together, the "Debtors"), and Gonzalo Gil-White, in his personal capacity, filed the above-captioned lawsuit on June 6, 2019; and

**WHEREAS,** on September 4, 2019, Defendant John Fredriksen agreed to accept service of the Complaint [ECF 9], subject to his reservation of all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action; and

**WHEREAS**, on September 6, 2019, Fredriksen and the Plaintiffs agreed to a schedule for the filing of motions or responsive pleadings in this matter.

Based on the foregoing, it is hereby **STIPULATED, AGREED AND ORDERED AS FOLLOWS:**

1. Fredriksen has been served with the Complaint and Summons as of September 4, 2019. Fredriksen retains all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, and waives only any objections to service.

2. Fredriksen shall respond to the Complaint by October 11, 2019.

3. The Plaintiffs shall file their response to any motion to dismiss the Complaint by November 11, 2019.

4. Fredriksen shall file any reply in support of any motions to dismiss the Complaint by December 4, 2019.

| | |
|---|---|
| Dated: September 27, 2019<br>New York, New York | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP |

   /s/  *Gabriel F. Soledad*
Gabriel F. Soledad
Juan P. Morillo (*pro hac vice*)
Daniel Pulecio-Boek
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
Email: gabrielsoledad@quinnemanuel.com
Email: juanmorillo@quinnemanuel.com
Email: danielpulecioboek@quinnemanuel.com

Scott C. Shelley
Samantha Gillespie (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
Email: scottshelley@quinnemanuel.com
Email: samanthagillespie@quinnemanuel.com

Eric Winston (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: ericwinston@quinnemanuel.com

Sara C. Clark (*pro hac vice*)
711 Rusk Street, Suite 500
Houston, Texas 77002
Telephone: (713) 221-7000
Facsimile: (713) 221-7100
Email: saraclark@quinnemanuel.com

*Counsel for the Foreign Representative*

| | |
|---|---|
| Dated: September 27, 2019<br>New York, New York | SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br><br>  /s/   *Scott D. Musoff*  <br>Jay B. Kasner<br>Scott D. Musoff<br>George A. Zimmerman<br><br>4 Times Square<br>New York, New York 10036<br>Telephone:  (212) 735-3000<br>Facsimile:  (917) 735-2000<br>jay.kasner@skadden.com<br>scott.musoff@skadden.com<br>george.zimmerman@skadden.com<br><br>*Attorneys for John Fredriksen* |

ENTERED this 26th day of September, 2019.

SO ORDERED

/S/ Shelley C. Chapman
THE HONORABLE SHELLEY C. CHAPMAN
UNITED   STATES   BANKRUPTCY   COURT