# EXHIBIT 7

# 7a

| | |
|---|---|
| **From:** | Daniel Pulecio-Boek |
| **Sent:** | Friday, June 28, 2019 12:45 PM |
| **To:** | @db.com; @db.com |
| **Cc:** | Sara Clark; Frankie Wool |
| **Subject:** | Informacion Importante |
| **Attachments:** | Summons Dkt. 2.pdf; Redacted Complaint Dkt. 4-1.pdf |
| **Importance:** | High |

Dear DB Team:

Please find enclosed the complaint and summons against DB México.

This email provides DB México with sufficient notice of the complaint.

Regards,

Daniel

**Daniel Pulecio-Boek**
*Associate,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

1300 I Street, NW, Suite 900
Washington, D.C. 20005
202-538-8167 Direct
202.538.8000 Main Office Number
202.538.8100 FAX
danielpulecioboek@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**7b**

**From:** Daniel Pulecio-Boek
**Sent:** Friday, June 28, 2019 1:50 PM
**To:** ▇▇▇▇▇▇▇@db.com; ▇▇▇▇▇▇▇@db.com
**Subject:** Informacion Importante
**Importance:** High

Dear DB Team:

Please find enclosed the complaint and summons against DB México.

This email provides DB México with sufficient notice of the complaint.

Regards,

Daniel

**Daniel Pulecio-Boek**
*Associate,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

1300 I Street, NW, Suite 900
Washington, D.C. 20005
202-538-8167 Direct
202.538.8000 Main Office Number
202.538.8100 FAX
danielpulecioboek@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**7c**

_____

**From:** Juan Oberhauser [mailto:▮▮▮▮▮▮▮▮@db.com]
**Sent:** Friday, June 28, 2019 1:56 PM
**To:** Daniel Pulecio-Boek <danielpulecioboek@quinnemanuel.com>
**Subject:** Read: Informacion Importante
**Importance:** High

Your message

  To:
  Subject: Informacion Importante
  Sent: Friday, June 28, 2019 11:02:50 AM (UTC-08:00) Pacific Time (US & Canada)

 was read on Friday, June 28, 2019 10:55:47 AM (UTC-08:00) Pacific Time (US & Canada).

1

**7d**

**From:** Gerardo Sainz <▮▮▮▮▮▮▮@db.com>
**Date:** June 28, 2019 at 1:57:11 PM EDT
**To:** Daniel Pulecio-Boek <danielpulecioboek@quinnemanuel.com>
**Subject: Read: Informacion Importante**

**[EXTERNAL EMAIL]**

Your message

  To: Gerardo Sainz
  Subject: Informacion Importante
  Sent: Friday, June 28, 2019 1:50:08 PM (UTC-05:00) Eastern Time (US & Canada)

was read on Friday, June 28, 2019 1:57:08 PM (UTC-05:00) Eastern Time (US & Canada).

**7e**

_____
**From:** Gabriel Arroyo [mailto:▇▇▇▇▇▇▇@db.com]
**Sent:** Saturday, June 29, 2019 6:06 PM
**To:** Daniel Pulecio-Boek <danielpulecioboek@quinnemanuel.com>
**Subject:** Read: Informacion Importante
**Importance:** High


Your message

  To:
  Subject: Informacion Importante
  Sent: Saturday, June 29, 2019 3:05:56 PM (UTC-08:00) Pacific Time (US & Canada)

 was read on Saturday, June 29, 2019 3:05:47 PM (UTC-08:00) Pacific Time (US & Canada).