# EXHIBIT 8

# 8a



**Chats**

**Guillermo Barradas Cendon**
You sent an attachment. · Jun 23

**Andres Antonius**
You sent an attachment. · Jun 23





**8b**

_____

**From:** Microsoft Outlook
**Sent:** Sunday, June 23, 2019 9:27 AM
**To:** Daniel Pulecio-Boek
**Subject:** Relayed: Informacion Importante

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**


@plan-b.com.mx' (@plan-b.com.mx)

Subject: Informacion Importante

**From:** Daniel Pulecio-Boek
**Sent:** Sunday, June 23, 2019 9:27 AM
**To:** ███████@plan-b.com.mx' <███████@plan-b.com.mx>
**Subject:** Informacion Importante
**Importance:** High

Dear Andres:

Please find enclosed the complaint and summons against you.

This email provides you with sufficient notice of the complaint.

Regards,

Daniel

**Daniel Pulecio-Boek**
*Associate,*
**Quinn Emanuel Urquhart & Sullivan, LLP**

1300 I Street, NW, Suite 900
Washington, D.C. 20005
202-538-8167 Direct
202.538.8000 Main Office Number
202.538.8100 FAX
danielpulecioboek@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**8c**

‹ Andres  **Contact Info**  Edit

# Andres Antonius
+ ▓▓▓▓▓▓▓▓▓▓

  

**\*\*\* no status \*\*\***
Feb 20, 2015

 Media, Links, and Docs — None ›

 Starred Messages — None ›

 Chat Search ›

 Mute — No ›

 Custom Tone — Default (Note) ›

 Save to Camera Roll — Default ›

 **Encryption**
Messages to this chat and calls are secured with end-to-end encryption. Tap to verify. ›

 Contact Details ›

**Verizon LTE** 10:46 PM 29%

< Andres        **Message Info**

Sun, Jun 23

> 19-01294-scc   Doc 2   Filed 06/07/19   Entered 06/07/19 13:47:28   Summons   Pg 1 of 2
> **UNITED STATES BANKRUPTCY COURT**
> **Southern District of New York**
> In re: Perforadora Oro Negro, S. de R.L. de C.V.                Bankruptcy Case No.: 18−11094−scc
>
> Gonzalo Gil−White PERSONALLY AND IN HIS CAPACITY AS FOREIGN REPRESENTATIVE OF PERFORADORA ORO NEGRO, S. DE R.L. DE C.V. AND INTEGRADORA DE SERVICIOS PETROLEROS ORO NEGRO, S.A.P.I. DE C.V.
>                                    Plaintiff(s),
> −against−                                                        Adversary Proceeding
>                                                                  No. 19−01294−scc

 **Summons Dkt. 2**

2 pages • 19 KB • pdf                    9:27 AM ✓✓

 Seen                            7/23/19  1:38 PM

 Delivered                       6/23/19  9:27 AM



‹ Andres         **Message Info**

---

**Sun, Jun 23**

> 19-01294-scc    Doc 4-1    Filed 06/12/19    Entered 06/12/19 12:51:38    Exhibit 1    Pg 1 of 138
>
>  **Redacted Complaint Dkt. 4-1**
>
> 138 pages • 5.6 MB • pdf          9:27 AM ✓✓

 **Seen**               7/23/19  **1:38 PM**

 **Delivered**          6/23/19  **9:27 AM**



**< Andres**                **Message Info**

Sun, Jun 23

Buenos dias, Andres.

10:17 AM ✓✓

 Read                              7/23/19  1:38 PM

 Delivered                         6/23/19  10:18 AM

**8d**

### Andres Antonius
+**[redacted]**

  

\*\*\* no status \*\*\*
Feb 20, 2015

 Media, Links, and Docs    None ›

 Starred Messages    None ›

 Chat Search    ›

 Mute    No ›

 Custom Tone    Default (Note) ›

 Save to Camera Roll    Default ›

Encryption
 Messages to this chat and calls are secured with end-to-end encryption. Tap to verify.    ›

 Contact Details    ›




Andres

iMessage
Sun, Jun 23, 9:27 AM



Summons Dkt. 2.pdf

Redacted Complain...

Delivered





iMessage