# EXHIBIT 9



1

Confidential

ORO-NEGRO-AMA_00060991

**Document Withheld for Privilege**

ORO-NEGRO-AMA_00060992

Confidential ORO-NEGRO-AMA_00060993