# EXHIBIT 10



ORO-NEGRO-AMA_00047083



2

Confidential

ORO-NEGRO-AMA_00047084