# EXHIBIT 11

Confidential ORO-NEGRO-AMA_00058618



Confidential

ORO-NEGRO-AMA_00058619

Confidential

ORO-NEGRO-AMA_00058620



Confidential                                                                                                      ORO-NEGRO-AMA_00058621



Confidential

ORO-NEGRO-AMA_00058622

**REDACTED**

Confidential ORO-NEGRO-AMA_00058623

# REDACTED

Confidential  ORO-NEGRO-AMA_00058624