HEARING DATE AND TIME: TBD
RESPONSE DEADLINE: NOVEMBER 11, 2019
REPLY DEADLINE: DECEMBER 4, 2019

SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Tel.: (212) 735-3000
Jay B. Kasner
Scott D. Musoff
George A. Zimmerman

*Attorneys for Defendant John Fredriksen*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: | : Chapter 15 |
| | : |
| PERFORADORA ORO NEGRO, S. DE R.L. DE C.V., *et al.*, | : Case No. 18-11094 (SCC) |
| | : (Jointly Administered) |
| Debtors in a Foreign Proceeding. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| GONZALO GIL-WHITE, PERSONALLY AND IN HIS CAPACITY AS FOREIGN REPRESENTATIVE OF PERFORADORA ORO NEGRO, S. DE R.L. DE C.V. AND INTEGRADORA DE SERVICIOS PETROLEROS ORO NEGRO, S.A.P.I. DE C.V., | : Adv. Pro. No. 19-01294 |
| | : |
| Plaintiff, | : |
| -against- | : |
| ALP ERCIL, *et al.*, | : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**JOHN FREDRIKSEN'S NOTICE OF MOTION TO**
**DISMISS THE COMPLAINT WITH PREJUDICE**

**PLEASE TAKE NOTICE,** that upon the Complaint filed on July 10, 2019; Defendant

John Fredriksen's ("Fredriksen") accompanying Memorandum of Law in Support of His Motion

to Dismiss the Complaint With Prejudice (the "Motion to Dismiss"); the accompanying

Declaration of Scott D. Musoff dated October 11, 2019, including the exhibits thereto; and upon

all prior papers and proceedings herein, Fredriksen, by and through his undersigned counsel, will

move this Court before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in

Courtroom 623 of the United States Bankruptcy Court, Southern District of New York, One

Bowling Green, New York, NY 10004-1408, at a date and time designated by the Court,

pursuant to Federal Rules of Civil Procedure 8(a), 12(b)(2) and 12(b)(6), as made applicable by

Federal Rules of Bankruptcy Procedure 7008(a) and 7012(b), for the entry of an Order (i)

dismissing the Complaint in its entirety with prejudice as against Fredriksen, and (ii) granting

such other and further relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to a Stipulated Service and

Response Schedule Order between counsel for Plaintiff and Fredriksen (ECF No. 41), Plaintiff

shall file any response to the Motion to Dismiss on or before November 11, 2019, and Fredriksen

shall file any reply in further support of the Motion to Dismiss on or before December 4, 2019. A

hearing on the Motion to Dismiss will be held at a time and location to be determined by the

Court.

Dated: October 11, 2019
      New York, New York

/s/ *Jay B. Kasner*
Jay B. Kasner
Scott D. Musoff
George A. Zimmerman
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Phone:(212) 735-3000
Fax: (212) 735-2000
jay.kasner@skadden.com
scott.musoff@skadden.com
george.zimmerman@skadden.com

*Attorneys for Defendant John Fredriksen*