**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x
In re:

PERFORADORA ORO NEGRO, S. DE R.L. DE C.V., *et al.*,

Debtors in a Foreign Proceeding.

------------------------------------x

GONZALO GIL-WHITE, PERSONALLY AND IN HIS CAPACITY AS FOREIGN REPRESENTATIVE OF PERFORADORA ORO NEGRO, S. DE R.L. DE C.V. AND INTEGRADORA DE SERVICIOS PETROLEROS ORO NEGRO, S.A.P.I. DE C.V.,

           Plaintiff,

           -against-

ALP ERCIL, *et al.*,

           Defendants.

------------------------------------x

Chapter 15

Case No. 18-11094 (SCC)

(Jointly Administered)

Adv. Pro. No. 19-01294

**[PROPOSED] ORDER GRANTING JOHN FREDRIKSEN'S**
**MOTION TO DISMISS THE COMPLAINT WITH PREJUDICE**

    Upon consideration of John Fredriksen's Motion to Dismiss the Complaint With Prejudice (the "Motion to Dismiss") and all other papers filed by the parties in support of and in opposition to the Motion to Dismiss,

    IT IS HEREBY ORDERED that John Fredriksen's Motion to Dismiss the Complaint With Prejudice in this action is GRANTED.

Dated: _____
      New York, New York

_____
THE HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE