**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: | : Chapter 15 |
| | : |
| PERFORADORA ORO NEGRO, S. DE R.L. | : Case No. 18-11094 (SCC) |
| DE C.V., *et al.*, | : (Jointly Administered) |
| | : |
| Debtors in a Foreign Proceeding. | : |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| GONZALO GIL-WHITE, PERSONALLY | : Adv. Pro. No. 19-01294 |
| AND IN HIS CAPACITY AS FOREIGN | : |
| REPRESENTATIVE OF PERFORADORA | : |
| ORO NEGRO, S. DE R.L. DE C.V. AND | : |
| INTEGRADORA DE SERVICIOS | : |
| PETROLEROS ORO NEGRO, S.A.P.I. DE | : |
| C.V., | : |
| | : |
| Plaintiff, | : |
| | : |
| -against- | : |
| | : |
| ALP ERCIL, *et al.*, | : |
| | : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## <u>CERTIFICATE OF SERVICE</u>

I, Scott D. Musoff, hereby certify, under penalty of perjury, that copies of the foregoing

(1) John Fredriksen's Notice of Motion to Dismiss the Complaint With Prejudice and Proposed

Order, (2) Memorandum of Law in Support of John Fredriksen's Motion to Dismiss the

Complaint With Prejudice and (3) Declaration of Scott D. Musoff and accompanying Exhibits

have been duly served on the 11th day of October 2019 and were transmitted via the court's CM-ECF system upon all parties.[1]


Dated: October 14, 2019                                          /s/ *Scott D. Musoff*
      New York, New York                              Scott D. Musoff

---

[1] John Fredriksen retains all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, and waives only any objections to service.