UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
In re:                              :   Chapter 15
                                    :
                                    :   Case No. 18-11094 (SCC)
PERFORADORA ORO NEGRO, S. DE R.L.   :   (Jointly Administered)
DE C.V., *et al.*,                  :
                                    :
Debtors in a Foreign Proceeding.    :
                                    :
---------------------------------- x
GONZALO GIL-WHITE, PERSONALLY       :   Adv. Pro. No. 19-01294
AND IN HIS CAPACITY AS FOREIGN      :
REPRESENTATIVE OF PERFORADORA       :
ORO NEGRO, S. DE R.L. DE C.V. AND   :
INTEGRADORA DE SERVICIOS            :
PETROLEROS ORO NEGRO, S.A.P.I. DE   :
C.V.,                               :
                                    :
            Plaintiff,              :
                                    :
       -against-                    :
                                    :
ALP ERCIL, *et al.*,                :
                                    :
            Defendants.             :
---------------------------------- x

## CERTIFICATE OF SERVICE

I, Scott D. Musoff, hereby certify, under penalty of perjury, that copies of the foregoing John Fredriksen's Motion For Leave to File Under Seal have been duly served on the 11th day of October 2019 and were transmitted via the court's CM-ECF system upon all parties.[1]

Dated: October 14, 2019                    /s/ *Scott D. Musoff*
       New York, New York                  Scott D. Musoff

---

[1] John Fredriksen retains all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, and waives only any objections to service.