**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                                  :
In re:                                                            :    Chapter 15
                                                                  :
PERFORADORA ORO NEGRO, S. DE R.L. DE                              :    Case No. 18-11094 (SCC)
R.L. DE C.V., *et al.*                                            :
                                                                  :    (Jointly Administered)
Debtors in Foreign Proceedings.                                   :
                                                                  :
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Joseph Monzione, being duly sworn, deposes, and says:

1. I am not a party to this action, am over eighteen years of age, and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019.

2. On May 16, 2018 I caused to be served copies of the **Supplemental Declaration of Thomas Stanley Heather** (together with accompanying exhibit) on the persons set forth on the attached Service List A.

3. I caused such service to be made by enclosing true copies of the aforementioned document in properly addressed wrappers and caused them to be sent in the manner shown thereon and on all parties of interest via the Court's electronic case filing system.

4. On May 17, 2018 I caused to be served copies of the aforementioned document (together with accompanying exhibit) on the persons set forth on the attached Service List B.

      5.      I caused such service to be made by enclosing true copies of the aforementioned document in properly addressed wrappers and caused them to be sent in the manner shown thereon.

                                        /s/ Joseph Monzione
                                        Joseph Monzione

Sworn to before me this
17th day of May, 2018

/s/ Maurice Tattnall
Notary Public
State of New York
No. 01TA6018000
Qualified in Kings County
Certificate Filed in New York County
Commission Expires December 21, 2018

## SERVICE LIST A

**By Email**

scottshelley@quinnemanuel.com; gabrielsoledad@quinnemanuel.com; ericwinston@quinnemanuel.com; juanmorillo@quinnemanuel.com; saraclark@quinnemanuel.com; samanthagillespie@quinnemanuel.com; and danielpulecioboek@quinnemanuel.com

## SERVICE LIST B

**By Hand Delivery**

Office of the U.S. Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
Attn: Shannon Scott

**By First Class Mail**

Perforadora Oro Negro S. de R.L. de C.V.
Javier Barros Sierra 540
Office 103
Park Plaza Torre 1
Santa Fe Colony
Alvaro Obregon Delegation
Mexico City 01210
Mexico

Integradora de Servicios Petroleros Oro Negro
S.A.P.I de C.V.
Javier Barros Sierra 540
Office 103
Park Plaza Torre 1
Santa Fe Colony
Alvaro Obregon Delegation
Mexico City, 01210
Mexico

Deutsche Bank Americas Holding Corp.
60 Wall Street
New York, NY 10005

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn: Richard J. Cooper

Fintech Advisory Inc.
375 Park Avenue
New York, NY 10152

Pemex
Marina Nacional #329
Col. Veronica Anzures
Mexico City, MX 11300
Mexico

Seadrill Limited
Par-la-Ville Place
Hamilton HM 08
Bermuda

Seadrill Mexico
Av. Isla de Tris S/N entre 18 de Abril Fracc
Isla de Carmen 2000
Cd. De Carmen
Campeche, C. Pp 21490
Mexico

Nordic Trustee ASA
Haakon VII Gate 1
N-0161 Oslo
Norway

Deutsche Bank Mexico S.A.
House Address Pedregal 24
Colonia Molino del Rey"
Piso 20
11040 Mexico City
Mexico