# EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PERFORADORA ORO NEGRO, S. DE R.L. DE C.V., *et al.*<br><br>Debtors in a Foreign Proceeding. | BK Case No. 18-11094 (SCC)<br>(Jointly Administered) (Chapter 15) |
| GONZALO GIL-WHITE, PERSONALLY AND IN HIS CAPACITY AS FOREIGN REPRESENTATIVE OF PERFORADORA ORO NEGRO, S. DE R.L. DE C.V. AND INTEGRADORA DE SERVICIOS PETROLEROS ORO NEGRO, S.A.P.I. DE C.V.<br>               Plaintiff,<br>   -against-<br><br>ALP ERCIL; ALTERNA CAPITAL PARTNERS, LLC; AMA CAPITAL PARTNERS, LLC; ANDRES CONSTANTIN ANTONIUS-GONZÁLEZ; ASIA RESEARCH AND CAPITAL MANAGEMENT LTD.; CQS (UK) LLP; FINTECH ADVISORY, INC.; DEUTSCHE BANK MÉXICO, S.A.; INSTITUCIÓN DE BANCA MÚLTIPLE; GARCÍA GONZÁLEZ Y BARRADAS ABOGADOS, S.C.; GHL INVESTMENTS (EUROPE) LTD.; JOHN FREDRIKSEN; KRISTAN BODDEN; MARITIME FINANCE COMPANY LTD.; NOEL BLAIR HUNTER COCHRANE, JR; ORO NEGRO PRIMUS PTE., LTD.; ORO NEGRO LAURUS PTE., LTD.; ORO NEGRO FORTIUS PTE., LTD.; ORO NEGRO DECUS PTE., LTD.; ORO NEGRO IMPETUS PTE., LTD.; PAUL MATISON LEAND, JR.; ROGER ALAN BARTLETT; ROGER ARNOLD HANCOCK; SEADRILL LIMITED; SHIP FINANCE INTERNATIONAL LTD.; and DOES 1-100<br>               Defendants. | Adversary Case No. 19-01294 (SCC) |

## **[PROPOSED] ORDER**

Pursuant to Plaintiffs' Unopposed Motion For Extension Of Time To Respond To Motion To Dismiss, and based on this Court's view, in its discretion, that the plaintiffs' request is reasonable under the circumstances; it is hereby ORDERED that Plaintiffs' Unopposed Motion For Extension Of Time To Respond To Motion To Dismiss is hereby GRANTED; and it is further ORDERED that Defendants' response or other responsive pleading shall be due on or before Tuesday, November 12, 2019.

ENTERED this _____ day of _____, 2019.

SO ORDERED

_____
THE HONORABLE SHELLEY C. CHAPMAN
United States Bankruptcy Judge