# **EXHIBIT 2**

IFECOM's November 6 Order





**Concursos Mercantiles**

*"2019, Año del Caudillo del Sur, Emiliano Zapata"*

IFECOM/DG/1296/2019
Ciudad de México, 6 de noviembre de 2019

Perforadora Oro Negro, sociedad de responsabilidad limitada de capital variable e Integradora de Servicios Petrolero Oro Negro, sociedad promotora de inversión de capital variable
Concurso mercantil 345/2017-I y su acumulado 395/2017.

Asunto: Se comunica acuerdo de designación de síndico sustituto.

**Juzgado Segundo de Distrito en Materia Civil en la Ciudad de México**

Edgar Manuel Bonilla del Ángel en mi carácter de Director General del Instituto, personalidad que tengo debidamente acreditada en autos del juicio citado al rubro, en términos de lo dispuesto por los artículos 324, fracciones II y III de la Ley de Concursos Mercantiles y 17, fracciones V y XXII, del Reglamento Interior del Instituto Federal de Especialistas de Concursos Mercantiles, por medio del presente me permito exponer lo siguiente:

Que en atención a lo acordado por la Junta Directiva de este Instituto en sesión extraordinaria celebrada el día de hoy, acuerdo que fue hecho de su conocimiento a través del oficio IFECOM/DG/1294/2019, y con fundamento en lo dispuesto por los artículos 311, fracción IV de la Ley de Concursos Mercantiles y en el numeral 30, de las Reglas de Carácter General de la citada ley, me permito hacer de su conocimiento que, este Instituto designó de manera aleatoria para que se desempeñe como síndico sustituto en el juicio descrito al rubro, a **José Gerardo Badín Cherit**, quien está inscrito en el Registro de Especialistas de Concursos Mercantiles bajo la Clave de Registro **7-09-0260-3**.

Asimismo le comunico que, sin perjuicio del envío que se hace del oficio en original dirigido a **José Gerardo Badín Cherit**, para hacer de su conocimiento su designación, el Instituto también se lo ha enviado por correo electrónico, como se aprecia del soporte material del mismo que se adjunta al presente.

Página 1 de 2

Scanned with CamScanner



PODER JUDICIAL DE LA FEDERACIÓN
CONSEJO DE LA JUDICATURA FEDERAL



Concursos Mercantiles

Por lo expuesto, solicito:

**ÚNICO.-** Tener a este Instituto designado como síndico sustituto a **José Gerardo Badín Cherit** quien está inscrito en el Registro de Especialistas de Concursos Mercantiles bajo la Clave de Registro Registro **7-09-0260-3.**

Atentamente

Edgar Manuel Bonilla del Ángel
Director General

PODER JUDICIAL DE LA FEDERACIÓN
CONSEJO DE LA JUDICATURA FEDERAL
INSTITUTO FEDERAL DE ESPECIALISTAS
DE CONCURSOS MERCANTILES

Página 2 de 2

Scanned with CamScanner