# **EXHIBIT 3**

Mr. Gerardo's Acceptance of Appointment as Liquidator

**PERFORADORA ORO NEGRO, SOCIEDAD DE RESPONSABILIDAD LIMITADA DE CAPITAL VARIABLE E INTEGRADORA DE SERVICIOS PETROLERO ORO NEGRO, SOCIEDAD PROMOTORA DE INVERSIÓN DE CAPITAL VARIABLE**

**QUIEBRA**

**EXPEDIENTE: 345/2017 Y SU ACUMULADO 395/2017**

[Sello: JUZGADO SEGUNDO DE DISTRITO EN MATERIA CIVIL, 2019 NOV -7 P 1:16, EN LA CIUDAD DE MÉXICO]

021127

**JUZGADO SEGUNDO DE DISTRITO EN MATERIA CIVIL EN ELA CIUDAD DE MÉXICO.**

**JOSÉ GERARDO BADÍN CHERIT**, en mi carácter de Síndico, en el concurso mercantil de las empresas arriba citadas, el cual me fue conferido designado por el Instituto de Especialistas en Concursos Mercantiles en sesión ordinaria de 6 de noviembre de 2019, con el debido respeto comparezco a exponer lo siguiente.

Por el medio del presente ocurso comparezco ante Usía efecto de ACEPTAR Y PROTESTAR SU FIEL Y LEGAL DESEMPEÑO EL CARGO COMO SÍNDICO conferido mediante FECOM/DG/1295/2019, signado por el Director General de Especialistas en Concursos Mercantiles.

De igual forma, informo que para el cumplimiento de las obligaciones del cargo que me ha sido designado y que la Ley de Concursos Mercantiles establece, así como para recibir notificaciones, señalo el domicilio ubicado en: Copérnico 171, colonia Azures, alcaldía Miguel Hidalgo, Ciudad de México, C.P. 11590. Asimismo, con fundamento en los artículos 55 y 170 segundo párrafo de la Ley de Concursos Mercantiles comunico a esta H. autoridad el nombre de las personas de las que me auxiliare para el desempeño de mis funciones de síndico:

1. Lic. Roberto Carlos Sánchez Silva auxiliar nivel 1,
2. Lic. Gregorio Contreras González auxiliar nivel 1,
3. C. Rubén García Rosa auxiliar nivel 2,
4. C. Jorge Alberto Islas Hernández auxiliar nivel 2,
5. C. Edwyn Fragoso Palacios auxiliar nivel 2,
6. C. Diana Silvia Villamares Toledo auxiliar nivel 3.

Lo anterior a reserva de que, con posterioridad, se requiera contratar a más profesionales, conforme a la carga de trabajo así lo exija; también autorizo: i) en términos del artículo 1069 párrafo tercero del código de comercio al Lic. En derecho Roberto Carlos Sánchez silva quien cuenta con cedula profesional registrada en el Sistema Computarizado para el Registro Único de Profesionistas del Derecho de los Tribunales de Circuito y Juzgados de Distrito con registro único 103939; ii) y para oír y recibir todo tipo de notificaciones, documentos, valores e imponerse de autos a los: CC. Rubén García Rosa, Jorge Alberto Islas Hernández y Edwyn Fragoso Palacios conjunta o separadamente.

Por lo anteriormente expuesto y fundado a usted C. Juez, atentamente solicito:

**PRIMERO.-** Tenerme con la calidad que ostento, aceptando y protestando el cargo conferido por el Instituto Federal de Especialistas de Concursos Mercantiles.

**SEGUNDO.-** Tener por señalado el domicilio para los efectos arriba precisados, así como el nombre de las personas de las que me auxiliare para el desempeño de mis funciones en términos de la Ley de Concursos Mercantiles; y autorizándolas en los términos del artículo 1069 del Código de Comercio.

Ciudad de México, a 7 de noviembre de 2019

José Gerardo Badín Cherit
Síndico

Scanned with CamScanner