Jose Gerardo Badin
Copernico 171
Colonia Anzures
Alcaldia Miguel Hidalgo
Mexico City CP 11590
Telephones: 5255 5250 0298 and 5255 5250 4217
E-mail: gb@concursomercantil.mx

RECEIVED
DEC 1 1 2019
U.S. BANKRUPTCY COURT, SDNY

December 11, 2019

Via Hand Delivery

Hon. Shelley C. Chapman
U.S. Bankruptcy Court
Southern District of New Yok
One Bowling Green
New York, New York 10004-1408

    In re Perforadora Oro Negro, S. de R.L. de C.V., et al., Case No. 18-11094 (SCC) (Jointly Administered) (the "Chapter 15 Proceedings")

Dear Judge Chapman:

    I, Jose, Gerardo Badin, the newly appointed liquidator of the estates of Perforadora Oro Negro, S. de R.L. de C.V. and Integradora de Servicios Petroleros Oro Negro, S.A.P.I. de C.V. (collectively, the "Debtors"), make reference to the letter filed with this Court on November 12, 2019 requesting a stay of all deadlines in the Chapter 15 Proceedings until December 12, 2019.

    I hereby respectfully request an extension of such stay for another 30 days to allow time for me to study and assess the file of the Chapter 15 Proceedings and comply with the requirements.

Respectfully,

Jose Gerardo Badin

REQUEST GRANTED.

December 11, 2019
New York, NY

/s/ Shelley C. Chapman
USBJ