José Gerardo Badín Cherit
Copernico 171
Colonia Anzures
Alcaldia Miguel Hidalgo
Mexico City CP 11590
Telephones: 5255 5250 0298 and 5255 5250 4217
E-mail: gb@concursomercantil.mx

February 10, 2020

Hon. Shelley C. Chapman
U.S. Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004-1408

RE: In re Perforadora Oro Negro, S. de R.L. de C.V., et al., Case No. 18-11094 (SCC) (Jointly Administered) (the "Chapter 15 Proceedings")

Dear Judge Chapman:

I, José Gerardo Badín Cherit, the appointed liquidator of the estates of Perforadora Oro Negro, S. de R.L. de C.V. and Integradora de Servicios Petroleos Oro Negro, S.A.P.I. de C.V. (collectively, the "Debtors") and the recently recognized Foreign Representative in the Chapter 15 Proceedings, make reference to the letter filed with this Court on January 10, 2020 requesting a stay of all deadlines in the Chapter 15 Proceedings until February 13, 2020.

I hereby respectfully request an extension of such stay for an additional thirty (30) days to allow time for my counsel, Duane Morris LLP ("Duane Morris"), and myself to continue to study and assess the file of the Chapter 15 Proceedings and the various adversary proceedings. Duane Morris has also engaged in discussions with Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn") and creditors' counsel Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul Weiss"). Quinn and Paul Weiss have both been advised that I am making this request for an extension of the stay.

Respectfully,

José Gerardo Badín Cherit

Request granted for extension to March 16, 2020.

Dated: January 13, 2020

/S/ Shelley C. Chapman
Hon. Shelley C. Chapman, U.S.B.J.

DM3\6604406.1