# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
One Bowling Green
New York, NY 10004–1408

---

IN RE: Gil–White v. Ercil et al                              CASE NO.: 19–01294–scc

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER: 0

---

## NOTICE OF HEARING

Please take notice that a status conference will be held in the above captioned case on March 9, 2020 at 10:00 a.m. in courtroom 623.

Thank you

Dated: March 4, 2020                                    Vito Genna
                                                        Clerk of the Court