# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: | Date Created: 3/4/2020 |
| Case: 19−01294−scc | Form ID: 143 | Total: 46 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | | |
|---|---|---|
| pla | Gonzalo Gil−White | |
| dft | Alp Ercil | |
| dft | Alterna Capital Partners, LLC | |
| dft | AMA Capital Partners, LLC | |
| dft | Andres Constantin Antonius−Gonzlez | |
| dft | Asia Research And Capital Management Ltd. | |
| dft | CQS (Uk) LLP | |
| dft | Fintech Advisory, Inc. | |
| dft | Deutsche Bank Mexico, S.A. | |
| dft | Institucion De Banca Multiple | |
| dft | Garcia Gonzalez Y Barradas Abogados, S.C. | |
| dft | GHL Investments (Europe) Ltd. | |
| dft | John Fredriksen | |
| dft | Kristan Bodden | |
| dft | Maritime Finance Company Ltd. | |
| dft | Noel Blair Hunter Cochrane, Jr | |
| dft | Oro Negro Primus Pte., Ltd. | |
| dft | Oro Negro Laurus Pte., Ltd. | |
| dft | Oro Negro Fortius Pte., Ltd. | |
| dft | Oro Negro Decus Pte., Ltd. | |
| dft | Oro Negro Impetus Pte., Ltd. | |
| dft | Paul Matison Leand, Jr. | |
| dft | Roger Alan Bartlett | |
| dft | Roger Arnold Hancock | |
| dft | Seadrill Limited | |
| dft | Ship Finance International Ltd. | |
| dft | Does 1−100 | |
| unk | Clerk's Office of the U.S. Bankruptcy Court | |
| dft | Foreign Defendants | |
| dft | Ad Hoc Defendants | |
| intp | Jose Gerardo Badin | |

TOTAL: 31

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| aty | Eric J. Snyder | esnyder@wilkauslander.com |
| aty | Gabriel Fernando Soledad | gabrielsoledad@quinnemanuel.com |
| aty | George A. Zimmerman | george.zimmerman@skadden.com |
| aty | Israel Dahan | idahan@kslaw.com |
| aty | Jay B. Kasner | jay.kasner@skadden.com |
| aty | Scott C. Shelley | scottshelley@quinnemanuel.com |
| aty | Scott D. Musoff | scott.musoff@skadden.com |
| aty | Shmuel Vasser | shmuel.vasser@dechert.com |
| aty | William Clareman | wclareman@paulweiss.com |

TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
- 3pp  Gonzalo Gil−White    Javier Barros Sierra 540    Office 103, Park Plaza Torre 1    Col. Santa Fe, Alvaro Obregon Delegation    Mexico City    MEXICO
- smg  N.Y. State Unemployment Insurance Fund    P.O. Box 551    Albany, NY 12201−0551
- smg  New York City Dept. Of Finance    345 Adams Street, 3rd Floor    Attn: Legal Affairs − Devora Cohn    Brooklyn, NY 11201−3719
- smg  New York State Tax Commission    Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205−0300
- smg  United States Attorney's Office    Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007
- ust  United States Trustee    Office of the United States Trustee    U.S. Federal Office Building    201 Varick Street, Room 1006    New York, NY 10014

TOTAL: 6