**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> PERFORADORA ORO NEGRO, S. DE R.L. DE C.V., *et al*. <br><br> Debtors in a Foreign Proceeding. | Chapter 15 <br><br> Case No. 18-11094 (SCC) <br> (Jointly Administered) |
| GONZALO GIL-WHITE, PERSONALLY AND IN HIS CAPACITY AS FOREIGN REPRESENTATIVE of PERFORADORA ORO NEGRO, S. DE R.L. DE C.V. AND INTEGRADORA DE SERVICIOS PETROLEROS ORO NEGRO, S.A.P.I. DE C.V. <br><br> Plaintiff, <br><br> -against- <br><br> ALP ERCIL; ALTERNA CAPITAL PARTNERS, LLC; AMA CAPITAL PARTNERS, LLC; ANDRES CONSTANTIN ANTONIUS-GONZÁLEZ; ASIA RESEARCH AND CAPITAL MANAGEMENT LTD.; CQS (UK) LLP; FINTECH ADVISORY, INC.; DEUTSCHE BANK MEXICO, S.A., INSTITUCIÓN DE BANCA MÚLTIPLE; GARCÍA GONZÁLEZ Y BARRADAS ABOGADOS, S.C.; GHL INVESTMENTS (EUROPE) LTD.; JOHN FREDRIKSEN; KRISTAN BODDEN; MARITIME FINANCE COMPANY LTD.; NOEL BLAIR HUNTER COCHRANE, JR; ORO NEGRO PRIMUS PTE., LTD.; ORO NEGRO LAURUS PTE., LTD.; ORO NEGRO FORTIUS PTE., LTD.; ORO NEGRO DECUS PTE., LTD.; ORO NEGRO IMPETUS PTE., LTD.; PAUL MATISON LEAND, JR.; ROGER ALAN BARTLETT; ROGER ARNOLD HANCOCK; SEADRILL LIMITED; SHIP FINANCE INTERNATIONAL LTD.; and DOES 1-100 <br><br> Defendants. | Adv. Pro. No. 19-1294(SCC) |

**APPEARANCE OF COUNSEL**

To:   The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Andrés Constantin Antonius-Gonzalez.

This Notice of Appearance shall not be deemed to waive any right of Mr. Antonius to (i) have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) seek trial by jury; (iii) have the United States District Court withdraw the reference to this Court; or (iv) contest subject matter jurisdiction or personal jurisdiction.

DATED:  March 6, 2020

Respectfully submitted,

/s/ Lauren M. Weinstein
MOLO LAMKEN LLP
430 Park Avenue
New York, New York  10022
(212) 607-8160 (telephone)
(212) 607-8161 (facsimile)
lweinstein@mololamken.com

*Attorney for Andrés Constantin Antonius-Gonzalez*