**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

IN RE: Gil–White v. Ercil et al                    CASE NO.: 19–01294–scc

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER:  0

# NOTICE OF HEARING

Please take notice that a status conference will be held in the above captioned case on March 9, 2020 at 10:00 a.m. in courtroom 623.

Thank you

Dated: March 4, 2020                    Vito Genna
                        Clerk of the Court

United States Bankruptcy Court
Southern District of New York

Gil-White,
    Plaintiff      Adv. Proc. No. 19-01294-scc

Ercil,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0208-1     User:     Page 1 of 2     Date Rcvd: Mar 04, 2020
                     Form ID: 143    Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2020.
```
smg          N.Y. State Unemployment Insurance Fund,   P.O. Box 551,   Albany, NY  12201-0551
smg          New York City Dept. Of Finance,   345 Adams Street, 3rd Floor,
              Attn: Legal Affairs - Devora Cohn,   Brooklyn, NY  11201-3719
smg         +United States Attorney's Office,   Southern District of New York,
              Attention: Tax & Bankruptcy Unit,   86 Chambers Street, Third Floor,   New York, NY 10007-1825
3pp          Gonzalo Gil-White,   Javier Barros Sierra 540,   Office 103, Park Plaza Torre 1,
              Col. Santa Fe, Alvaro Obregon Delegation,   Mexico City,   MEXICO
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Mar 04 2020 19:47:24
              New York State Tax Commission,   Bankruptcy/Special Procedures Section,   P.O. Box 5300,
              Albany, NY  12205-0300
ust         +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Mar 04 2020 19:47:10     United States Trustee,
              Office of the United States Trustee,   U.S. Federal Office Building,
              201 Varick Street, Room 1006,   New York, NY 10014-7016
                                                                                              TOTAL: 2
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft          AMA Capital Partners, LLC
dft          Ad Hoc Defendants
dft          Alp Ercil
dft          Alterna Capital Partners, LLC
dft          Andres Constantin Antonius-Gonzlez
dft          Asia Research And Capital Management Ltd.
dft          CQS (Uk) LLP
unk          Clerk's Office of the U.S. Bankruptcy Court
dft          Deutsche Bank Mexico, S.A.
dft          Does 1-100
dft          Fintech Advisory, Inc.
dft          Foreign Defendants
dft          GHL Investments (Europe) Ltd.
dft          Garcia Gonzalez Y Barradas Abogados, S.C.
pla          Gonzalo Gil-White
dft          Institucion De Banca Multiple
dft          John Fredriksen
intp         Jose Gerardo Badin
dft          Kristan Bodden
dft          Maritime Finance Company Ltd.
dft          Noel Blair Hunter Cochrane, Jr
dft          Oro Negro Decus Pte., Ltd.
dft          Oro Negro Fortius Pte., Ltd.
dft          Oro Negro Impetus Pte., Ltd.
dft          Oro Negro Laurus Pte., Ltd.
dft          Oro Negro Primus Pte., Ltd.
dft          Paul Matison Leand, Jr.
dft          Roger Alan Bartlett
dft          Roger Arnold Hancock
dft          Seadrill Limited
dft          Ship Finance International Ltd.
                                                                                 TOTALS: 31, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2020                          Signature:  /s/Joseph Speetjens

```
District/off: 0208-1              User:                       Page 2 of 2              Date Rcvd: Mar 04, 2020
                                  Form ID: 143                Total Noticed: 6
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2020 at the address(es) listed below:
              Eric J. Snyder    on behalf of Defendant    Seadrill Limited esnyder@wilkauslander.com,
               jstauder@wilkauslander.com
              Eric J. Snyder    on behalf of Defendant    Fintech Advisory, Inc. esnyder@wilkauslander.com,
               jstauder@wilkauslander.com
              Gabriel Fernando Soledad    on behalf of Plaintiff Gonzalo  Gil-White
               gabrielsoledad@quinnemanuel.com,  gabbytrevino@quinnemanuel.com
              George A. Zimmerman    on behalf of Defendant John  Fredriksen george.zimmerman@skadden.com
              Israel  Dahan    on behalf of Defendant    Deutsche Bank Mexico, S.A. idahan@kslaw.com,
               jcmccullough@kslaw.com,laaronson@kslaw.com
              Jay B. Kasner    on behalf of Defendant John  Fredriksen jay.kasner@skadden.com
              Scott C. Shelley    on behalf of Plaintiff Gonzalo  Gil-White scottshelley@quinnemanuel.com
              Scott D. Musoff    on behalf of Defendant John  Fredriksen scott.musoff@skadden.com,
               paris.abell@skadden.com;jason.skorupka@skadden.com
              Shmuel  Vasser    on behalf of Defendant    Oro Negro Impetus Pte., Ltd. shmuel.vasser@dechert.com,
               nycmanagingclerks@dechert.com,brett.stone@dechert.com
              Shmuel  Vasser    on behalf of Defendant    Oro Negro Decus Pte., Ltd. shmuel.vasser@dechert.com,
               nycmanagingclerks@dechert.com,brett.stone@dechert.com
              Shmuel  Vasser    on behalf of Defendant Roger Arnold  Hancock shmuel.vasser@dechert.com,
               nycmanagingclerks@dechert.com,brett.stone@dechert.com
              Shmuel  Vasser    on behalf of Defendant    Oro Negro Primus Pte., Ltd. shmuel.vasser@dechert.com,
               nycmanagingclerks@dechert.com,brett.stone@dechert.com
              Shmuel  Vasser    on behalf of Defendant    Oro Negro Fortius Pte., Ltd. shmuel.vasser@dechert.com,
               nycmanagingclerks@dechert.com,brett.stone@dechert.com
              Shmuel  Vasser    on behalf of Defendant Roger Alan  Bartlett shmuel.vasser@dechert.com,
               nycmanagingclerks@dechert.com,brett.stone@dechert.com
              Shmuel  Vasser    on behalf of Defendant    Oro Negro Laurus Pte., Ltd. shmuel.vasser@dechert.com,
               nycmanagingclerks@dechert.com,brett.stone@dechert.com
              Shmuel  Vasser    on behalf of Defendant Noel Blair Hunter  Cochrane, Jr shmuel.vasser@dechert.com,
               nycmanagingclerks@dechert.com,brett.stone@dechert.com
              William  Clareman    on behalf of Defendant    Ad Hoc Defendants wclareman@paulweiss.com
              William  Clareman    on behalf of Defendant    Foreign Defendants wclareman@paulweiss.com
                                                                                             TOTAL: 18
```