SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Fax: (212) 735-2000
Jay B. Kasner
Scott D. Musoff
George A. Zimmerman

*Attorneys for Defendant John Fredriksen*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 15 |
| PERFORADORA ORO NEGRO, S. DE R.L. DE C.V., *et al.*, | Case No. 18-11094 (SCC) (Jointly Administered) |
| Debtors in a Foreign Proceeding. | |
| GONZALO GIL-WHITE, PERSONALLY AND IN HIS CAPACITY AS FOREIGN REPRESENTATIVE OF PERFORADORA ORO NEGRO, S. DE R.L. DE C.V. AND INTEGRADORA DE SERVICIOS PETROLEROS ORO NEGRO, S.A.P.I. DE C.V., | Adv. Pro. No. 19-01294 |
| Plaintiff, | |
| -against- | |
| ALP ERCIL, *et al.*, | |
| Defendants. | |

**<u>NOTICE OF CHANGE OF ADDRESS</u>**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that effective March 2, 2020, the New York office of Skadden, Arps, Slate, Meagher & Flom LLP has changed its address for purposes of service of notices and documents in the above-captioned case. The new address of the New York office of Skadden, Arps, Slate, Meagher & Flom LLP is:

> **Skadden, Arps, Slate, Meagher & Flom LLP**
> **One Manhattan West**
> **New York, NY 10001-8602**

The firm's telephone number, fax number and email addresses remain the same.

Please amend your service list accordingly.

Dated: New York, New York
March 27, 2020

Respectfully submitted,

/s/  Scott D. Musoff
Jay B. Kasner
Scott D. Musoff
George A. Zimmerman
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Fax: (212) 735-2000
jay.kasner@skadden.com
scott.musoff@skadden.com
george.zimmerman@skadden.com

*Attorneys for Defendant John Fredriksen*