**CALLARI PARTNERS LLC**
Carollynn H.G. Callari
Russell D. Morris
One Rockefeller Plaza, 10th Floor
New York, NY 10020
Telephone:   212.202.3055
Facsimile:   732.243.0163
Email:   ccallari@callaripartners.com
          rmorris@callaripartners.com

*Co-Counsel for Gonzalo Gil-White*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| PERFORADORA ORO NEGRO, S. DE R.L. DE C.V., *et al.* | Case No. 18-11094 (SCC) |
| Debtors in a Foreign Proceeding. | |
| GONZALO GIL-WHITE, PERSONALLY AND IN HIS CAPACITY AS FOREIGN REPRESENTATIVE OF PERFORADORA ORO NEGRO, S. DE R.L. DE C.V. AND INTEGRADORA DE SERVICIOS PETROLEROS ORO NEGRO, S.A.P.I. DE C.V., | Adv. Pro. No. 19-01294 (SCC) |
| Plaintiff, | |
| -against- | |
| ALP ERCIL; ALTERNA CAPITAL PARTNERS, LLC; AMA CAPITAL PARTNERS, LLC; ANDRES CONSTANTIN ANTONIUS-GONZÁLEZ; ASIA RESEARCH AND CAPITAL MANAGEMENT LTD.; CQS (UK) LLP; FINTECH ADVISORY, INC.; DEUTSCHE BANK MEXICO, S.A., INSTITUCIÓN DE BANCA MÚLTIPLE; GARCÍA GONZÁLEZ Y BARRADAS ABOGADOS, S.C.; GHL INVESTMENTS (EUROPE) LTD.; JOHN | |

1

FREDRIKSEN; KRISTAN BODDEN;
MARITIME FINANCE COMPANY LTD.;
NOEL BLAIR HUNTER COCHRANE, JR;
ORO NEGRO PRIMUS PTE., LTD.; ORO
NEGRO LAURUS PTE., LTD.; ORO
NEGRO FORTIUS PTE., LTD.; ORO
NEGRO DECUS PTE., LTD.; ORO NEGRO
IMPETUS PTE., LTD.; PAUL MATISON
LEAND, JR.; ROGER ALAN BARTLETT;
ROGER ARNOLD HANCOCK; SEADRILL
LIMITED; SHIP FINANCE
INTERNATIONAL LTD.; and DOES 1-100,

                       Defendants.

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Carollynn H.G. Callari and Russell D. Morris of the law firm of Callari Partner LLC and of the Bar of this Court hereby enter their appearance in the above-captioned case (the "Adversary Proceeding") as co-counsel for Gonzalo Gil-White, and request, pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), that copies of all notices, documents, papers and pleadings in the Adversary Proceeding be given and served upon:

        **CALLARI PARTNERS LLC**
        Carollynn H.G. Callari
        Russell D. Morris
        One Rockefeller Plaza, 10th Floor
        New York, NY 10020
        Telephone:    212.202.3055
        Facsimile:    732.243.0163
        Email:        ccallari@callaripartners.com
                      rmorris@callaripartners.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Bankruptcy Code section 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application,

2

motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, e-mail or otherwise filed or made with respect to the Adversary Proceeding.

**PLEASE TAKE FURTHER NOTICE** that neither this request for notice and service nor any later appearance, pleading, claim, or suit is a waiver of any substantive or procedural right. Nor shall this request be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

Dated:  February 24, 2021                         /s/ Carollynn H.G. Callari
         New York, New York                 Carollynn H.G. Callari

**CALLARI PARTNERS LLC**
One Rockefeller Plaza, 10th Floor
New York, NY 10020
Telephone:     212.202.3055
Facsimile:      732.243.0163
Email: ccallari@callaripartners.com

*Co-Counsel for Gonzalo Gil-White*

## <u>CERTIFICATE OF SERVICE</u>

I, Carollynn H.G. Callari, hereby certify that on February 25, 2021, I caused a copy of the

annexed Notice of Appearance and Request for Documents to be filed and served through ECF

notification upon all parties who receive notice in this matter pursuant to the Court's ECF filing

system.

/s/ Carollynn H.G. Callari
Carollynn H.G. Callari