HEARING DATE: MARCH 18, 2021
HEARING TIME: 10:00 A.M.

**WILK AUSLANDER LLP**
825 Broadway, 29th Floor
New York, New York 10019
Telephone: (212) 981-2300
Jay S. Auslander
Eric J. Snyder
Natalie Shkolnik
Julie Cilia

*Counsel for Seadrill Limited and Fintech Advisory Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PERFORADORA ORO NEGRO, S. DE R.L. DE C.V., *et al*.<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 18-11094 (SCC)<br>(Jointly Administered) |
| GONZALO GIL-WHITE, PERSONALLY AND IN HIS CAPACITY AS FOREIGN REPRESENTATIVE OF PERFORADORA ORO NEGRO, S. DE R.L. DE C.V. AND INTEGRADORA DE SERVICIOS PETROLEROS ORO NEGRO, S.A.P.I. DE C.V.<br><br>            Plaintiff,<br><br>      -against-<br><br>ALP ERCIL; ALTERNA CAPITAL PARTNERS, LLC;<br>AMA CAPITAL PARTNERS, LLC;<br>ANDRES CONSTANTIN ANTONIUS-GONZÁLEZ; ASIA RESEARCH AND CAPITAL MANAGEMENT LTD.; CQS | Adv. Pro. No. 19-01294 |

01181800.1

(UK) LLP; FINTECH ADVISORY, INC.; DEUTSCHE BANK MÉXICO, S.A., INSTITUCIÓN DE BANCA MÚLTIPLE; GARCÍA GONZÁLEZ Y BARRADAS ABOGADOS, S.C.; GHL INVESTMENTS (EUROPE) LTD.; JOHN FREDRIKSEN; KRISTAN BODDEN; MARITIME FINANCE COMPANY LTD.; NOEL BLAIR HUNTER COCHRANE, JR; ORO NEGRO PRIMUS PTE., LTD.; ORO NEGRO LAURUS PTE., LTD.; ORO NEGRO FORTIUS PTE., LTD.; ORO NEGRO DECUS PTE., LTD.; ORO NEGRO IMPETUS PTE., LTD.; PAUL MATISON LEAND, JR.; ROGER ALAN BARTLETT; ROGER ARNOLD HANCOCK; SEADRILL LIMITED; SHIP FINANCE INTERNATIONAL LTD.; and DOES 1-100

Defendants.

**STATEMENT OF SEADRILL LIMITED AND FINTECH ADVISORY INC. IN SUPPORT OF EXTENDING LITIGATION STAY FOR ADVERSARY PROCEEDING**

Seadrill Limited[1] and Fintech Advisory Inc. support the extension requested by the Foreign Representative for the reasons set forth in the statements filed by both the Foreign Representative [ECF #299] and AMA Capital Partners, LLC ("AMA"), Alterna Capital Partners, LLC, Maritime Finance Company, Ltd., Kristan Bodden, and Paul Matison Leand, Jr. [ECF # 300].[2]

---

[1] Seadrill Limited is a debtor in a proceeding under chapter 11 of the Bankruptcy Code in Case No. 21-30427 (DRJ)(Bankr. S.D. Tex.). Seadrill Limited's filing of this Stipulation shall not be deemed to be a waiver of any right that might be asserted by Seadrill Limited in its capacity as a debtor or debtor in possession.

[2] Consistent with prior stipulations and orders entered by this Court to stay all deadlines in the Chapter 15 Proceedings [ECF Nos. 280, 283, 288, 290, 295], this Stipulation does not waive any of the undersigned defendants' available defenses and objections to the Adversary Proceedings.

01181800.1

Dated:    New York, New York
           March 11, 2021

                                              **WILK AUSLANDER LLP**

                                      By:   <u>/s/ Eric J. Snyder</u>
                                                Jay S. Auslander
                                                Eric J. Snyder
                                                Natalie Shkolnik
                                                Julie Cilia
                                    825 Broadway, 29th Floor
                                    New York, New York 10019
                                    (212) 981-2300

                                    *Counsel for Seadrill Limited and Fintech Advisory Inc.*

01181800.1